UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MARDELL FIPPS,**

    **Plaintiff,**

**v.**                                           Case No.  5:24-cv-139-TKW-MJF

**ANTONIO LEON THOMAS,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 40).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Plaintiff's claims should be dismissed because he did not exhaust his administrative remedies before filing suit.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendant's motion to dismiss (Doc. 35) is **GRANTED**, and this case is **DISMISSED** for failure to exhaust administrative remedies.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 29th day of September, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**